UNITED STATES OF AMERICA

Robert James Swint, DAT#86619
Plaintiff,

vs.

NEW COMPLAINT
Civ.No.____________

Wuhan Institute of Virology, CAS,
Defendant.

RECEIVED
BY MAIL
JUL 06 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

I. Jurisdiction

42 U.S.C. §§ 2000(e) title VII
Job Discrimination and Civil Rights Violation of 1964

II. UPON DISCOVERY

We see that these agents acted under color as hostile Angels pretending to be abundant amongst many other things. The gain-of-function research in 1992 with Yours truly Silva-Brown, Wuhan 400; and other methods used to extract and intact answers for the Bruce Taylor woods-n-woods storage facility by Epson. The Bonneville Water Dam Electric Camp Staff in Longview WA. Remember when Bruce and "p" took me to Sherri's at 2-4am.

III. The Hospital Governor w/the Penitentiary ON

Quite a Sychematic system here in Salem, OREGON.
The Hospital Penitentiary with the Governor ON.
How did Bruce say that again to Bubby. Where in The world do You SEE ME!

IIII. CONCLUSION

Yes I believe for years now they have acted in/out of color in order to illegally detain whitnesses (after the fact) and freeze them like frogs and watch them answer the questions as they throw.

IIIII Relief

While yes they threatened me, if I told they would stick a peice of PVC Pipe up my rectum with a peice of barb wire then pull the PVC pipe out and then yank. Yes they coerced me with fear beyond life itself. I Am asking for 2 Trillion for the amount of torture I went through.

☑ Jury Demanded

IIIII I

Sincerely,

RtSt

Robert Swint

6-28-2026

Robert James Swint, PAT: #8669
Oregon State Mental Institution
2600 Center St, NE
Salem, OR 97301-2669

PORTLAND OR RPDC 972
1 JUL 2026 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.74 ⁰
06/30/2026 ZIP 97301
043M31228317
US POSTAGE

RECEIVED
BY MAIL
JUL 06 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

U.S. District Court
555 Independence St.
Cape Girardeau, MO
63703

63703-623699